# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABITHA INGRAM, <br><br> Plaintiff, <br><br> vs. <br><br> PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 3:14-cv-00747-NC <br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS |

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff, TABITHA INGRAM, against Defendant, PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive, are dismissed, with prejudice. Plaintiff, TABITHA INGRAM, and Defendant, PERFORMANT RECOVERY, INC., shall each bear their own costs and attorneys' fees.

Date: __July 30, 2014__



GRANTED
Judge Nathanael M. Cousins

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT–
3:14-cv -00747-NC